IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DAVID E. RHODES, | ) | 4:13CV3008 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MEMORANDUM** |
| | ) | **AND ORDER ON APPLICATION** |
| v. | ) | **TO PROCEED IN DISTRICT** |
| | ) | **COURT WITHOUT PREPAYING** |
| CITY OF PHOENIX, | ) | **FEES OR COSTS** |
| | ) | |
| Defendant. | ) | |

The plaintiff, David E. Rhodes, a non-prisoner, filed an Application to Proceed in District Court Without Prepaying Fees or Costs. (Filing No. 3.) Upon review of Rhodes application, I find that Rhodes is financially eligible to proceed in forma pauperis.

IT IS THEREFORE ORDERED that leave to proceed in forma pauperis is provisionally granted, and the complaint shall be filed without payment of fees.

Dated February 19, 2013.

BY THE COURT

*Warren K. Urbom* (signature)

Warren K. Urbom
United States Senior District Judge